## DAVIS *et al. v.* CALDWELL *et al.*

The Supreme Court will reverse the judgment below, where the facts found by the Court are not sufficient to support the judgment.

APPEAL from the County Court of San Mateo County.

This was an action of assumpsit to recover the amount due on two several promissory notes, and a balance due on an account for goods, wares and merchandise sold by plaintiffs to defendants.

The defendant, Caldwell, denied the indebtedness, and plead an

account against the plaintiffs as a set-off.   The cause was tried in the Court below without a jury.   The Court found, as a matter of fact, that defendants did owe the full amount of plaintiffs' account, and that defendants were entitled to offset the same by the account set up in their answer, which, at the time of commencing suit, was due from plaintiffs to defendants.   The facts upon which the conclusions of the Court are based are not found.   Defendants had judgment, and the plaintiffs appealed to this Court.

*C. N. Fox* for Appellants.

*W. F. Gough* for Respondents.

TERRY, ʻC. J., delivered the opinion of the Court—BALDWIN, J., concurring.

Judgment reversed for want of a sufficient finding of facts.